John J. Talton, Chapter 13 Trustee  Check No. 838248
Pay to: CLERK  Clerk of the Court
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 06-60602 | 005-0 | HERMAN EDWARD WILLIAMS<br>Original Check written to:<br>GREGG COUNTY<br>C/O LINEBARGER ET AL<br>2323 BRYAN STREET #1600<br>DALLAS, TX 75201-2644 | xxxxxxxxx6001 | 0.00 | 217.52 | 0.00 | 217.52 |
| 06-60723 | 007-0 | DONNIE GAIL ALLEN<br>Original Check written to:<br>TATUM MUSIC CO<br>301 N HIGH<br>LONGVIEW, TX 75601 | | 0.00 | 1.40 | 0.00 | 1.40 |
| 06-90163 | 009-0 | DIANNE D. PLEASANT<br>Original Check written to:<br>SERVICE LOAN<br>1018 E MAIN<br>NACOGDOCHES, TX 75961 | xxxx7-37 | 209.98 | 160.02 | 0.00 | 160.02 |
| 06-90163 | 025-0 | DIANNE D. PLEASANT<br>Original Check written to:<br>CITIFINANCIAL, INC<br>PO BOX 70919<br>CHARLOTTE, NC 28272 | xxxxxxxxxxx9352 | 0.00 | 2,238.58 | 0.00 | 2,238.58 |
| 06-90168 | 008-0 | MICHAEL DAVID MILES<br>Original Check written to:<br>CHEVRON CREDIT BANK NA<br>2001 DIAMOND BLVD<br>P O BOX 5010 SEC 230<br>CONCORD, CA 94524-0010 | xxxxxx1205 | 129.94 | 75.85 | 0.00 | 75.85 |
| 06-90168 | 084-0 | MICHAEL DAVID MILES<br>Original Check written to:<br>COLLINS FINANCIAL SERVICES<br>PARAGON WAY<br>2101 W. BEN WHITE BLVD., SUITE 103<br>AUSTIN, TX 78704- | xxx9400 | 5,553.99 | 1,125.48 | 0.00 | 1,125.48 |
| 09-60950 | 066-0 | LESLIE D FORD<br>Original Check written to:<br>STANISLAUS CREDIT CONTROL SERVICE<br>PO BOX 480<br>MODESTO, CA 95353 | xxxx5543 | 0.00 | 0.00 | 5.87 | 5.87 |